# EXHIBIT A

Case 5:19-cv-00090   Document 1-1   Filed on 06/24/19 in TXSD   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| AXEL BROKERS, INC., <br>    *Plaintiff,* <br><br> v. <br><br> UNITED FIRE & CASUALTY COMPANY <br> and DAVID S. WALTON <br>    *Defendants.* | § § § § § § § § § § CIVIL ACTION NO. _____ |

## **INDEX OF MATTERS BEING FILED**

As required by the Local Rules of the United States District Court for the Southern District of Texas, the following is a list of documents being filed with the Notice of Removal:

1. Copy of Citation for Service issued to Defendant United Fire & Casualty Company in the state court action;

2. Copy of Plaintiff's Original Petition;

3. Copy of Defendant United Fire & Casualty Company's Original Answer;

4. A copy of the state court's Docket Sheet;

5. A list of all Parties and Counsel of record;

6. Defendant United Fire & Casualty Company's Consent to Removal of Case to Federal Court; and

7. April 15, 2019 Letter regarding Election of Walton.